## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JENNIFER FOY, | ) | 3:17-CV-0502-HDM (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 3, 2017 |
| ROTEX TRANSPORTATION, INC., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Attorney for plaintiff, Kyle Stucki, Esq.'s, motion for leave to appear telephonically at the case management conference (ECF No. 13) is **DENIED without prejudice**. The motion is premature because the case management report has yet to be filed. Counsel has leave to refile the motion after the case management report has been filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk