D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Timothy A. Mott, Esq.
Nevada Bar No. 12828
tmott@wwhgd.com
Weinberg, Wheeler, Hudgins,
   Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants
Rotex Transportation and Peter Geder*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER FOY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROTEX TRANSPORTATION, INC., PETER GEDER and DOES I through, inclusive,<br><br>    Defendants. | Case No.: 3:-17-cv-00502-HDM-VPC<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

The parties hereto, by and through their counsel of record, hereby stipulate, pursuant to FRCP 41, that the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** in its

///
///
///
///
///
///
///
///

entirety. Plaintiff and Defendants have settled this matter and are to bear their own costs, fees, and expenses hereto.

**IT IS SO STIPULATED.**

Dated this 27th day of February, 2018.

_____
D. Lee Roberts, Jr., Esq.
Timothy A. Mott, Esq.
Weinberg, Wheeler, Hudgins,
   Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Attorneys for Defendants*
*Rotex Transportation and Peter Geder*

Dated this 21 day of February, 2018.

_____
Kyle Stucki, Esq.
Stucki Injury Law
1980 Festival Plaza Dr., Suite 300
Las Vegas, NV 89135

Bruce D. Tingey, Esq.
Tingey Injury Law Firm
2001 W. Charleston Blvd.
Las Vegas, NV 89102

*Attorneys for Plaintiff*
*Jennifer Foy*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER FOY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROTEX TRANSPORTATION, INC., PETER GEDER and DOES I through, inclusive,<br><br>　　　　Defendants. | Case No.:　3:-17-cv-00502-HDM-VPC<br><br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties Stipulation and Proposed Order of Dismissal with Prejudice, and good cause appearing, it is hereby:

ORDERED that the Stipulation and Proposed Order is hereby granted and Plaintiff's claims against Defendants are hereby dismissed with prejudice. Plaintiff and Defendants are to bear their own costs, expenses, and fees.

Dated this 27th day of February, 2018.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE